**Bonnie L. GUINN, Respondent,**

v.

**Walter A. GUINN, Appellant.**

**No. ED 77350.**

Missouri Court of Appeals,
Eastern District,
Division Three.

May 22, 2001.

Rehearing Denied June 28, 2001.

Law Offices of Leonard Komen, P.C., Leonard Komen, Clayton, for appellant.

Simon A. Haberstock, St. Louis, for respondent.

Before GARY M. GAERTNER, Sr., P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Appellant, Walter A. Guinn, appeals from the judgment of the Circuit Court of St. Louis County dissolving his marriage to Bonnie L. Guinn. We have reviewed the briefs of the parties and the record on appeal and find no error of law. We have, however, provided the parties with a brief memorandum opinion, for their use only, explaining the reason for our decision. The judgment is affirmed pursuant to Rule 84.16(b).